UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westchester Fire Insurance Company,
a New York Corporation,

                      Plaintiff,

                                                    Civ. No. 07-2145 (RHK/AJB)
                                                    **ORDER**

v.

Douglas Wallerich, Patrick Lowther, and
Sharon O'Reilly,

                      Defendants.

This matter is before the Court on Plaintiff's Submission of Supplemental Authorities (Doc. No. 24) in support of its Motion for Summary Judgment. Defendants filed Objections (Doc. No. 25) to Plaintiff's submission of supplemental authorities, arguing that it is an improper memorandum of law and consequently exceeds the word limit that is permitted by the Local Rules.

Plaintiff's Motion for Summary Judgment is still under advisement and the cases submitted by Plaintiff were recently decided; accordingly, the Court will consider the supplemental authorities submitted by Plaintiff.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS ORDERED** that:

    1.      Defendants' Objections (Doc. No. 25) are **OVERRULED**;

    2.      Plaintiff's Submission of Supplemental Authorities in support of its Motion for Summary Judgment (Doc. No. 24) is **ACCEPTED**;

3. Plaintiff and Defendants may file a brief memorandum addressing the cases (and only those cases) submitted by Plaintiff on or before September 7, 2007. There will be no reply memoranda.

Date: August 30, 2007

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge